AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ANDREW CHRISTIAN HAMMOCK | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

Case No.

3:20-mj- 1142 - MCR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____February 14-March 15, 2020____ in the county of ____Duval____ in the

____Middle____ District of ____Florida____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(d)(1)(A) | Making, printing, publishing notices seeking and offering to receive visual depictions of a person who the defendant believed to be a minor engaging in sexually explicit conduct |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Daniel R. Moxley, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: ___3/16/20___

_____
Judge's signature

City and state: ____Jacksonville, Florida____

MONTE C. RICHARDSON
Printed name and title

# AFFIDAVIT

I, Daniel Moxley, being duly sworn, state as follows:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation
(FBI) and have been so employed since July 2017.   I am currently assigned to the
Jacksonville, Florida Division of the FBI, where I conduct investigations in the area
of child pornography.   Prior to this assignment, I was employed as an Intelligence
Analyst and Management and Program Analyst for the FBI for approximately 7
years.   I have Bachelor's Degrees in Economics and Political Science.   I have
received law enforcement training from the FBI Academy at Quantico, Virginia.   A
substantial portion of my duties are dedicated to investigating cases involving crimes
against children under the auspices of the FBI's "Innocent Images" National
Initiative.   Since becoming a Special Agent, I have worked with experienced Special
Agents who also investigate child exploitation offenses.   In the performance of my
duties, I have investigated and assisted in the investigation of matters involving the
advertisement and solicitation for, possession, collection, production, receipt, and/or
transportation of images of child pornography.   I have been involved in searches of
residences pertaining to the possession, collection, production, and/or transportation
of child pornography through the execution of search warrants.   I have also worked
in an undercover capacity in the investigation of matters involving the advertisement
and solicitation for, possession, collection, production, receipt, and/or transportation
of images of child pornography and the online entincement of a minor to engage in

sexual activity.

2.    I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, and 2422(b).   As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.    The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel.   This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause to believe that ANDREW CHRISTIAN HAMMOCK has committed a violation of Title 18, United States Code, Sections 2251(d)(1)(A), (2)(B) and 2251(e), that is, solicitation for any visual depiction that involves the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

4.    I make this affidavit in support of a criminal complaint against ANDREW CHRISTIAN HAMMOCK, a/k/a "playful_guy," that is, during the period from on or about February 14, 2020 through on or about March 15, 2020, in

2

the Middle District of Florida, and elsewhere, ANDREW CHRISTIAN

HAMMOCK, a/k/a "playful_guy," did knowingly make, print, and publish, and

cause to be made, printed, and published, notices seeking and offering to receive

visual depictions, the production of which visual depictions involved the use of a

person whom defendant believed to be a minor engaging in sexually explicit conduct

and which depictions would be of such conduct, and such notices were transported

using a means and facility of interstate commerce, that is, by cellular telephone and

computer via the internet, in violation of Title 18, United States Code, Sections

2251(d)(1)(A) and (2)(B), and 2251(e).

5.      On February 14, 2020, I was acting in the capacity of an undercover

persona and began conducting an online undercover operation designed to identify

and target adult individuals who were seeking to make contact with and engage in

illegal sexual activity with minor children.   While working online in an undercover

capacity, I observed a user posted an online notice, using a particular social media

application ("app").   Based on my training and experience, I know that this

particular app is often used to allow individual users to meet online, engage in

conversation through private messages, and share photographs.   I also know that

this app has been used by individuals who seek to identify other individuals who are

interested in meeting for sexual activity.

6.      During the morning of February 14, 2020, I observed a public notice,

3

posted by user "playful_guy" in the app, that read, "Feel like peeking and being peeked at by a ýoúngèr girl."   In this investigation, I planned to, and did in fact assume the persona of a 14-year-old female.

7.     Also on the morning of February 14, 2020, I responded to the notice posted by "playful_guy," whom I subsequently identified as ANDREW CHRISTIAN HAMMOCK, through private message of this app.   I exchanged several private messages with "playful_guy" during the period from February 14, 2020 to March 15, 2020.   I made copies of and preserved as evidence the photos and the private messages exchanged between me (referred to as the "UC") and "playful_guy" later identified as HAMMOCK.   These conversations occurred using the particular app using a cellular telephone and over the internet, both of which I know to be a facilities of interstate commerce.

8.     During this intial private online conversation, I advised the user "playful_guy" that I was 14 years old.   Also during the initial stages of the conversation, "playful_guy" told me that he lived in the Fort Lauderdale, Florida area and was 46 years old, and repeatedly asked me to send non-pornographic pictures of my purported 14 year old self to him over the internet using the chat application's private online messaging function.   The intitial stages of the conversation that occurred on February 14, 2020, read as follows:

UC:          Hi

4

playful_guy: Hi there

UC:          Wats ur name

playful_guy: Drew, you?

UC:          [name of undercover persona]

playful_guy: Nice to meet you

playful_guy: From Jacksonville?

UC:          Ya r u [smiley-face emoji]

playful_guy: I'm in south Florida

UC:          Ooooo like Miami

playful_guy: Fort Lauderdale area

UC:          [3 palm tree emojis]

playful_guy: Lol

UC:          How old r u

playful_guy: 46

playful_guy: You? 18 right?

UC:          Lol ur a lot older

UC:          Ummmm

UC:          Lolol

UC:          14

playful_guy: Shouldn't you be in school?

UC:          I am

playful_guy: [yikes emoji, shhh emoji]

playful_guy: Do you like older guys?

playful_guy: When I said younger, I meant younger than me.   But it's cool

playful_guy: How are you?

playful_guy: ?

UC:          Depends on the guy lol

UC:          Lol is it bad I'm only 14

playful_guy: If you really are, its intriguing

UC:          Lol wat does that even mean

playful_guy: Hell, if I had whisper at 14, I'd of been on here for sure

UC:          Lol y

playful_guy: It means, you have my attention

playful_guy: Cuz i was addn absolute horn dog at 14

9.      Also on February 14, 2020, the conversation I had with "playful_guy"
read in part as follows:

UC:          Lol y did I have to take that pic w toilet paper

playful_guy: Lol. I figured if you were someone pretending to be you in the
pic, they would never have a pic holding toilet paper in their phone. Lol

playful_guy: Am I wrong?

6

UC:          Ooooo ya that makes sense

playful_guy: So many people steal pics and pretend to be someone else

playful_guy: Gotta be careful

playful_guy: And you understand why I'd be a bit nervous

playful_guy: I don't wanna get in trouble..[yikes emoji]

playful_guy: I'm pretty big on honesty

UC:          Ummm wdym

playful_guy: Wdim about which?

UC:          Y can we get in trouble

playful_guy: Cuz you're under 18 and I'm not

playful_guy: Not just chatting, but if you get curious to see more. [wide-eyed emoji]

UC:          Oooooo ya

playful_guy: You know

playful_guy: [yikes emoji, wide-eyed emoji]

playful_guy: So you understand why honesty and trust are big with me

UC:          Ummm not really but whatev lol

playful_guy: Lol. Ok.

playful_guy: Well so you know. I take the trust of sharing pics seriously. If you ever decide to share or share more. Its completely confidential

7

playful_guy: That's what I mean

10.     The conversation I had with "playful_guy" on February 14, 2020,

continued into the evening, and read in part as follows:

playful_guy: I probably won't be on tonight. Fling out to dinner. I'll be on

more tomorrow

playful_guy: Going*

UC:           W ur wife?

playful_guy: Yes

playful_guy: Are you ok knowing that?

playful_guy: Out of school?

UC:           Is she ok w u talkin to me?

playful_guy: She doesn't know. Im being sneaky

playful_guy: You don't wanna hear the whole sob story, but haven't had sex

in like 3 years. So as far as I'm concered. Online play is not cheating. Meeting

IRL would be crossing the line

playful_guy: Still there?

UC:           Lol wats online play

playful_guy: Uh. Like playing on here, not IRL

11.     On February 15, 2020, my conversation with "playful_guy" continued

as follows:

8

playful_guy: Good. So, do you wanna be naughty?

UC:          Lol omg how

playful_guy: Well, i was speaking in general. But I can come with an idea if you want to now.

playful_guy: Come up with*

playful_guy: [heart eyes emoji]

UC:          Wats ur idea

UC:          U r so bad [3 red devil emojis]

playful_guy: Hehe

playful_guy: Well, did you like the idea of letting me see you try on clothes? Maybe a pic or two in between outfits?

playful_guy: As daring as you're willing to be?

playful_guy: [drooling emoji]

playful_guy: You're thinking about it

UC:          Wdym in between outfits

playful_guy: You know. While still off. Maybe in undies

playful_guy: Or flashing as much as you're willing to show

UC:          Omg r u serious [3 female face palm emojis]

playful_guy: Would it turn you on to know im getting hard at the thought

playful_guy: Yes

UC:          R u seriously hard rn!!

playful_guy: Maybe

playful_guy: [smirking emoji]

UC:          [3 smirking emojis]

playful_guy: So do you like knowing that

playful_guy: Are you at mall with friends or parents?

playful_guy: And yes, think you can show me in dressing room?

UC:          W my mom!!

playful_guy: [yikes emoji, surprised emoji]

playful_guy: Be careful. Even sneakier if you show me in the dressing room

UC:          Show u wat

playful_guy: What would you like to show me?

playful_guy: That's up to you

playful_guy: [smirking emoji]

12.     On February 16, 2020, "playful_guy" advised me that he was employed as a police officer and sent an image of the midsection of an individual wearing tactical clothing seated in what appeared to be a police vehicle. On February 16, 2020, my private conversation with "playful_guy" read in part as follows:

playful_guy: Whatcha doing now?

UC:          Jus hangin out u

10

playful_guy: Workin.

playful_guy: Are you hanging out at mall again or at home?

UC:          Wats ur job again

playful_guy: Can't tell you. It would scare you away

playful_guy: And I enjoy talking to you

UC:          Now u gotta tell me lol

playful_guy: Maybe, later

UC:          Kkkk byyeeeee

playful_guy: Nooooo

playful_guy: You're so mean..

UC:          R u like a drug dealer or something

playful_guy: Um no. Lol

playful_guy: I catch bad guys

UC:          Omgggg r u a cop

playful_guy: Maybe….

playful_guy: Hope that doesn't scare you away.

UC:          R u really lol

playful_guy: You gotta keep that super secret

playful_guy: I'm batman

UC:          Omg like who would I even tell

11

playful_guy: [yikes emoji]

playful_guy: I don't know. But as you can see, just being on here is me being bad

UC:          I wanna see u in ur uniform [3 heart eyes emojis]

playful_guy: Especially with what I'm willing to do

playful_guy: You like the idea of what I do?

playful_guy: I have to many personal identifiers on my uniform. But I can show you some

UC:          I wanna see [smiley face emoji]

playful_guy: (sends an image of the midsection of an individual wearing a tactical vest with a hostered pistol and other items attached to a duty belt.)

playful_guy: [2 wide-eyed emojis]

playful_guy: See? Not lying

UC:          Lol that's not u

playful_guy: Yes it is

playful_guy: Tell me to do something with my hand. Or want me to write [name of undercover persona] on a piece of paper

UC:          Soooo like u have a gun!!

playful_guy: Yes, it's on my hip

UC:          That's kinda hot lol

playful_guy: [blushing smiley face emoji, blushing emoji]

playful_guy: Maybe now you'll give me dinner attention?

playful_guy: Some attention*

playful_guy: Stupid keyboard

UC:          So like u have muscles

playful_guy: Lol. Some

UC:          Lol whatev ur still old

UC:          Lolol

UC:          Sry that was mean

playful_guy: Damn girl

playful_guy: No abs. Sorry

playful_guy: Ouch

UC:          Lol I'm sry that was mean

UC:          I was jkkk

playful_guy: Don't make me spank you

13.   Shortly after "playful_guy" advised me that he was a police officer and sent the image of the midsection of an individual wearing tactical clothing, "playful_guy" sent an image of a white male wearing a tactical vest seated in what appeared to be a police vehicle.

14.   Also on February 16, 2020, my conversation with "playful_guy"

through the private messaging feature of the app, continued in part as follows:

> playful_guy: You didn't say anything when I said I like smaller breasts and
>
> butts. Will you tell me your bra size?
>
> UC:       Lol they're small
>
> UC:       A
>
> playful_guy: Good. I LOVE that
>
> UC:       Y do u wanna kno that?!
>
> playful_guy: 34A?
>
> playful_guy: Cuz I wanna know everything about you. And maybe I'm
>
> picturing them. Since they're hidden in pic
>
> playful_guy: And so far everything about you absolutely turns me on
>
> UC:       Lol u r so bad
>
> playful_guy: You are perfect and exactly my dream girl
>
> UC:       Awwwww
>
> UC:       Brb
>
> playful_guy: Do you like knowing when Im turned on? Or should I keep that
>
> to myself?
>
> playful_guy: K

15.    My conversation with "playful_guy" continued into the evening of February 16, 2020, and some of which read as follows:

14

playful_guy: I thought you were going to show more of you.   I still haven't seen your legs or ass.

UC:           K I'm gonna eat real quick and take a shower then I'll send u a pic

playful_guy: Yay. In jammies?

playful_guy: [smirking emoji]

UC:           K

playful_guy: Yay [blushing smiley face emoji]

playful_guy: Don't leave me hanging again

UC:           R u turned on

playful_guy: Yes…

playful_guy: Very much so

UC:           Like how

playful_guy: Like getting hard as a rock

UC:           Omg r u kidding

playful_guy: No.   It's been growing as we talk

playful_guy: Do you like that?

UC:           Like ur penis is?

playful_guy: Yes

UC:           Omgggg lol

UC:          I'm 14 years old sir!!!!

playful_guy: Does that turn u on knowing that?

playful_guy: Are you trying to tell me to stop?

UC:          Lol no I'm jp

playful_guy: Then let's not make age an issue.   I think you're hot

UC:          I mean I'm 14 ya lol

playful_guy: Don't make me feel bad

UC:          Kkkkk sry

UC:          Like u have a boner rn?

playful_guy: Yes

playful_guy: Do you like knowing that? Turn you on at all?

UC:          Hmmmm

playful_guy: Yes?

playful_guy: Don't be shy

UC:          [3 monkey covering eyes emojis]

playful_guy: I wanna know too, especially if you like, or if your pussy is

getting warm and wet

playful_guy: [yikes emoji, wide-eyed emoji]

UC:          Omgggg [3 cat smirking emojis]

playful_guy: [purple devil emoji]

UC:          I kno u r so bad!!!

playful_guy: You like it

playful_guy: You're thinking about my d.ick being hard now, aren't you

playful_guy: Dick*

UC:          Is it hard

playful_guy: I told you it is

16.    The conversation continued further into the evening of February 16,

2020, and some of which read as follows:

playful_guy: How are you shaved down there . Bald, trimmed short, not at all?

UC:          Omg y do u wanna kno that

playful_guy: Why do you think?

playful_guy: I am trying to picture you. All of you?

playful_guy: [thinking emoji]

playful_guy: [wide-eyed emoji]

UC:          Ur just gonna have to use ur imagination

playful_guy: Awe..

playful_guy: Well I would even if you told me. Cuz i know your not showing

playful_guy: Lol

playful_guy: And im not asking you to show me. Don't worry

UC:          Showing wat

17

playful_guy: What you're leaving to my imagination

playful_guy: [one eye open tongue out emoji]

UC:         Oooo

playful_guy: Not that I'm imagining [smirking emoji]

UC:         R u

playful_guy: Um… do you mind if i am?

UC:         R u turned on rn

playful_guy: A little bit

playful_guy: I was going to ask you about your panties, but now I'm picturing that smooth skin. And…

playful_guy: Are you thinking about me getting hard?

playful_guy: Hello?

UC:         U r naughty

playful_guy: Do u like that?

playful_guy: I want you to be naughty with me [wide-eyed emoji]

playful_guy: What are you doing now?

UC:         Lol how

playful_guy: By not being afraid to ask me stuff or tell me what you're thinking

playful_guy: Don't be shy

playful_guy: Tell me, what are you doing now?

UC:            Watchin tv

playful_guy: Same

playful_guy: Are you in bedroom or in livingroom with parents?

UC:            Room

playful_guy: [heart-eyed emoji]

UC:            Wat

playful_guy: You asked me if i was hard then changed the topic

playful_guy: Nothing. Just imagining you laying in bed

UC:            Lol u have a boner still?!

playful_guy: Not at the moment, but it can come back quick thinking of you

playful_guy: Be honest, how often do you play with yourself?

UC:            U mean like masterbate?

playful_guy: Yeah

playful_guy: Be honest

playful_guy: Everyone does

UC:            Ummmm soooo

playful_guy: Yes?

UC:            Don't judge me

playful_guy: I won't

19

UC:         I never have [female shrugging emoji]

playful_guy: Never? Really?

UC:         Ya I kno

playful_guy: You don't know what you're missing

UC:         Ya

playful_guy: Have you ever had an orgasm?

UC:         No

UC:         I don't think so

playful_guy: Not even played a little, like feel yourself getting warm down

there, so touch, or when shower pulses, softens a little extra time there

UC:         Omggg

playful_guy: What? When i was about 12 or 13, i discovered my first orgasm.

And i was non stop

17.    The conversation continued into the late evening on February 16, 2020,

and some of which read as follows:

playful_guy: I want to help you have your first orgasm

playful_guy: When you're ready

UC:         Ummm wdym

playful_guy: Do you want to be naughty?

UC:         Idk!

playful_guy: Hmm. When i told you, you made me hard, were you curious about it

playful_guy: Did you feel like your pussy was getting warm?

UC:         Omg idk

playful_guy: yes you do. Don't be shy

playful_guy: We're anonymous here

playful_guy: You can tell me anything

playful_guy: Tell me, how are you laying in bed? On your side? Back? Stomach?

UC:         Ummm my back y

playful_guy: Are your legs down? Or up?

UC:         Wdym

playful_guy: Describe for me? Are your legs out straight? Feet crossed? Knees up, legs slightly open?

playful_guy: ?

UC:         Idk straight out I guess

playful_guy: What if I told you I'm picturing you there

playful_guy: When the guy fingered you, did you enjoy it?

UC:         I mean idk it was kinda weird

playful_guy: Awkward?

playful_guy: He's probably was inexperienced.

UC:           Idk maybe

playful_guy: Just tried thi shove his fingers in?

playful_guy: Do you remember your pussy getting wet and slick

UC:           Omg is this turnin u on talkin about it or something

UC:           Doesn't it make u jealous

playful_guy: Not at all

playful_guy: And yes im getting hard

playful_guy: Do you like that idea?

playful_guy: Do you know where your clitoris is?

UC:           [3 blushing smiley face emojis]

playful_guy: You like that I'm getting hard?

UC:           Idk

playful_guy: Do you know where your clit is?

playful_guy: Would you do something for me? And I'll show you what you're
doing to me

UC:           Do wat

playful_guy: Would you take a hand and reach down and put it in your pants
and just gently touch your clit?

UC:           Omg no i can't do that

playful_guy: And tell me what you feel?

playful_guy: Why not? You're alone

UC:          Bc!!!!

playful_guy: Its normal.    Just touch it

UC:          No!

playful_guy: Do you want to see the effect you're having on me?

UC:          Not tonight that's scary

18.    From February 17, 2020, to March 15, 2020, I exchanged several messages with "playful_guy" each day, including, but not limited to, conversations regarding sexually explicit activities, such as masturbation, his sexual arousal from communicating with the 14-year-old "child," and the exchange of non-pornographic images. Some of the images sent by "playful_guy," although not pornographic, were sexually suggestive, including, but not limited to, images of his groin area where the profile of his penis can be observed through clothing.   From February 17, 2020, to March 15, 2020, "playful_guy" also sent me several messages regarding his employment as a police officer.   Some of the messages "playful_guy" sent to me, among others, from February 17, 2020 to March 15, 2020, were as follows:

(a)    On February 17, 2020, "playful_guy" sent the following messages using the private message feature of the app:

playful_guy: Just be more open minded. If you're willing to be seen half naked

23

at beach, don't be afraid to let me see a little of you

playful_guy: Well, like let you see my dick through my pants

playful_guy: Figured it was less creepy than saying ivlike the idea ofypu asking to see my cock

    (b)    On Febraury 19, 2020, "playful_guy" sent the following messages using the private message feature of the app:

playful_guy: I'm working extra duty. From 5 to 11

playful_guy: Im sitting near the front of the store, keeping the animals at bay

playful_guy: Lol. And walking around. Wrestling with and arresting the occasional shoplifter

playful_guy: Ooh, then i can imagine you undressing…go on

playful_guy: Just a piece of advice, if you ever do decide to show riskier pics, don't show face.

playful_guy: Like if you were to show your body or in towel, or undies, or even naked, don't ever have your face in the pic too

playful_guy: I'd smack that cute little butt to send you on your way. [smirking emoji]

playful_guy: Could of shaved both legs, privates, and both legs again, baby smooth. Lol

    (c)    On February 20, 2020, "playful_guy" sent the following

24

messages using the private message feature of the app:

> playful_guy: Naked with soapy water running down your body
>
> playful_guy: Hands soaping every crevice and breasts
>
> playful_guy: Love to see that cute butt
>
> playful_guy: No panties or bra [two drooling emojis]
>
> playful_guy: So fuckin sexy, imagining you without
>
> playful_guy: Just the idea of your cute little body just gets me going

(d)     On February 21, 2020, "playful_guy" sent me the following messages using the private message feature of the app:

> playful_guy: Are you a thong, bikini, or full butt panty type of girl?
>
> playful_guy: That perfect little [peach emoji] in a thong [smirking emoji, drooling emoji]

(e)     On February 22, 2020, "playful_guy" sent me the following messages using the private message feature of the app:

> playful_guy: Got called out to handle a traffic homicide

(f)     On February 23, 2020, "playful_guy" sent me the following messages using the private message feature of the app:

> playful_guy: I'm the detective on call for any traffic homicides until march 2nd. Ugg
>
> playful_guy: I'm on a suspicious package bomb call. Waiting on bomb squad

25

playful_guy: I was thinking of you in bathroom. Fresh out of shower. Wet hair. Done shaving everywhere. And standing ther clutching a towel in front of your body

playful_guy: With your cute little butt exposed, super white cheeks with a tan on the outer parts

playful_guy: And im definitely admiring the view

playful_guy: And you realize you can feel my hard dick lightly pressing against your ass and you press backwards into it to feel it better

      (g)    On February 24, 2020, "playful_guy" sent me the following messages using the private message feature of the app:

playful_guy: You want me to be a perv… don't you? [smirking emoji]

      (h)    On February 25, 2020, "playful_guy" sent me the following messages using the private message feature of the app:

playful_guy: I'm working in a school today…

      (i)    On February 26, 2020, "playful_guy" sent me the following messages using the private message feature of the app:

playful_guy: do you ever feel horny?

playful_guy: or you experiencing your first orgasm

playful_guy: just taking about it. Or you thinking of touching yourself

      (j)    On February 27, 2020, "playful_guy" sent me the following

messages using the private message feature of the app:

    playful_guy: Im an ass man. Still dying to see that ass [wide-eyed emoji]

    playful_guy: I imagine you have the nicest little ass…

    playful_guy: But the idea of giving you something that you want to see, kinda forbidden and turns you on. Is hot

    (k)    On February 28, 2020, "playful_guy" sent me the following messages using the private message feature of the app:

    playful_guy: I was really imagining you in that shower last night btw [wide eyed emoji]

    playful_guy: Do I get to see that cute butt?

    playful_guy: Just thinking about you again in that shower, mmmm

    playful_guy: But now. Omg, I'm thinking of you showing me that bare ass [heart-eyed emoji, drooling emoji]

    playful_guy: Don't make me spank you

    playful_guy: Well if i could pull those jeans down and have you across my lap. Looking at that ass?

    playful_guy: You turn me on like crazy

    playful_guy: Honestly? Im hard right now

    playful_guy: Would you tell me if you feel like your pussy is getting warm, wet, or tingly?

playful_guy: Like are you picturing me at home hard thinking of you?

playful_guy: Maybe those panties getting a little wet?

playful_guy: Fuck just thinking of that really made it hard

playful_guy: Baby, I just got so hard thinking of you there in class [blushing smiley with hands emoji, wide-eyed emoji]

playful_guy: Tell me. Could you feel yourself getting wet?

playful_guy: Like when you're home alone, you could touch your privates too.

playful_guy: (sends image of an adult male's groin area, using his hand to grasp his penis through his pants)

   (l)  On February 29, 2020, "playful_guy" sent me the following messages using the private message feature of the app:

playful_guy: Waiting for you to be a little naughty too [smirking emoji]

   (m)  On March 2, 2020, "playful_guy" sent me the following messages using the private message feature of the app:

playful_guy: Btw , i have a prisoner in my back seat right now. Lol

playful_guy: (sends image of an adult male from the chest down, in a police uniform)

playful_guy: Btw, i never show in uniform, Did you like?

playful_guy: Too many identifiers on uniform

playful_guy: I have to hide patches, badge, name tag, etc

playful_guy: Soo are you in undies? Or naked already?

playful_guy: I want that sexy body. Whatever you are brave enough to show me

playful_guy: And my penis is growing thinking of you

playful_guy: I have butterflies in my stomach and my penis is getting hard as a rock

playful_guy: I amso hard right now thinking of you btw

playful_guy: I was hoping to see those legs or butt

playful_guy: (sends two images of a male with his pants unzipped, grasping his penis through his underwear)

playful_guy: If you want me to take it out, I'll show you

playful_guy: Any chance you'd take a pic of the boy shorts under the covers?

playful_guy: 1 would you reach and tell me if you're wet? And do you like getting to see and knowing you make me hard thinking of you

playful_guy: Gently run a hand along your slit for me from bottom to top by clit, and tell me

playful_guy: No you don't have to masturbate, just wanna know if you're wet

playful_guy: When you're ready to do that, I'll help you and guide you

playful_guy: For now, I want you to reach down inside the boy shorts and just

29

run a finger up and down your slit and tell me if you're wet,

playful_guy: If you feel like rubbing your clit a little, that's ok. But not asking you to now

   (n) On March 4, 2020, "playful_guy" sent me the following messages using the private message feature of the app:

playful_guy: Are you in 8th?

playful_guy: I thought you were like 9th or 10th [emoji with no facial expression]

playful_guy: I was thinking of what your butt looks like in those purple boy shorts. I bet it looks amazing

playful_guy: God, youre getting me hard again.. damn you... lol

playful_guy: Good thing im not there….. you might get some bad touches [one eye open tongue out emoji, smirking emoji]

playful_guy: Like "if someone touches your privates, that's a bad touch"

playful_guy: Like saying, if I were there, you might get some bad touches

playful_guy: I was hard all night, thinking of you laying in bed with those purple boy shorts on….

   (o) On March 7, 2020, "playful_guy" sent me the following messages using the private message feature of the app:

playful_guy: I just wanna think of you in that shower

playful_guy: I mean, i can't ask about clothes, so you're now naked in my
mind

playful_guy: Im trying to decide what panties you're wearing

playful_guy: Im also imagining you're a little cold after hot shower, so your

nipples are poking through shirt a bit. Thinking they're small nipples. [heart-

eyes emoji]

19.     On February 18, 2020, an administrative subpoena was served to the

social media application company requesting subscriber information for

"playful_guy."   On February 20, 2020, the results of the subpoena listed the IP

address for "playful_guy" as 76.108.155.80.

20.     On February 20, 2020, an administrative subpoena was served to

Comcast requesting subscriber information for IP address 76.108.155.80 from

February 13 through February 20, 2020. On February 25, 2020, Comcast responded

and listed the subscriber for IP address 76.108.155.80 as "Andrew Hammock"

residing at "                        ,"[1]   Boca Raton, Florida 33498," for the

requested time period. The subpoena results listed HAMMOCK's telephone number

as "561-756-        ."

21.     On February 27, 2020, FBI Staff Operations Specialist Megan

---

[1] Certain identifying information has been redacted from the affidavit in accordance
with Fed. R. Crim. P. 49.1.

Hammerling identified HAMMOCK on several social media posts for the Margate Police Department and the City of Margate, Florida Government. HAMMOCK was in at least two photos on the Margate Police Department's social media pages, in a police uniform.

22.     On February 27, 2020, SOS Hammerling conducted a Florida DMV records check for the residents of ███████████████, Boca Raton, Florida 33498, and identified Andrew Christian Hammock, along with three other individuals as occupants of the residence.

23.     On February 27, 2020, I compared the images sent to me from "playful_guy" during the private message conversations, to the image of HAMMOCK with Florida DMV records and the images of HAMMOCK on the Margate Police Department social media pages, and determined the images were of the same individual.

24.     On March 9, 2020, at approximately 6:43 AM EST, my conversation with "playful_guy," whom I have identified as ANDREW CHRISTIAN HAMMOCK, began when he messaged me through the private message feature of the app. The conversation ran into the late evening of March 9, 2020. The entire conversation I had with "playful_guy" on March 9, 2020, is as follows:

playful_guy: Have a good day at school

UC:          I'm sry!!!!!

UC:            I'm soooo addicted to that show

playful_guy: Omg. You baby! That was cruel last night

playful_guy: Not you baby. Just baby

UC:            Lol y I didn't do anything

playful_guy: I said I was staying up for you, you said ok. Then hold on taking

shower

playful_guy: I waited, and waited.

playful_guy: You made me stay up extra late waiting for you

playful_guy: If you weren't coming back, i would have gone to bed.

playful_guy: It was actually kind of mean

UC:            I kno I'm sry [sad face emoji]

UC:            I'll make it up to u one day [three cat emojis]

playful_guy: I hope so!

playful_guy: I wasnt even horny, you me all thinking and excited and worked

up, then just left me there

UC:            I'm sry!!!!!!!

UC:            How can I make it up to u

playful_guy: Ooo

playful_guy: Aren't you in school?

playful_guy: Or are you on sorting break?

playful_guy: Spring*

UC:          Spring break

playful_guy: Can make it up to me by not cutting me off from seeing you.   I miss my [name of undercover persona]

playful_guy: And not doing that again. I'm sooooo tired

playful_guy: ?

UC:          [three emojis blowing a heart kiss]

playful_guy: [three emojis blowing a heart kiss]

playful_guy: Wyd?

playful_guy: I really do miss getting to see you.

UC:          (sends a "selfie" type image of purported 14-year-old female wearing clothes)

playful_guy: [heart-eyed emoji]

playful_guy: Awe… thank you hun

playful_guy: I was ready to play last night for you [wide-eyed emoji]

playful_guy: Are you out somewhere?

UC:          Play wat

playful_guy: Ummm

playful_guy: You had me all turned on… was thinking of letting you peek

playful_guy: I have to go do training for 2 hours. Ground fighting. I'll be back

around 3

UC:            Ooooo

playful_guy: Yeah. And you never came back

UC:            Please be careful

playful_guy: You wanted to watch netflix instead. Lol

playful_guy: K. Brb

playful_guy: I'm back

playful_guy: Wyd?

UC:            Bout to go hang out w somefriends [three smiley face emojis]

playful_guy: Oh ok. Have a good time

playful_guy: Still home?

UC:            Ya

playful_guy: Sorry, i had to clear a house

UC:            Wat

playful_guy: Lol. Sorry, there was an alarm, found front door open. Had to clear house (check and make sure no bad guys inside)

UC:            Omg r u serious

UC:            R u ok

playful_guy: Yeah, I'm fine

playful_guy: I was just on an accident with injuries. Crap happening

everywhere

playful_guy: If im talking to you, I'm ok

UC:         K good

playful_guy: At friends?

playful_guy: We've been crazy busy though

playful_guy: Hope you're free to talk tonight…. Maybe you can make up last night to me

playful_guy: [smirking face emoji]

UC:         Lol how

playful_guy: How what?

UC:         Am I gonna make it up to u

playful_guy: How would you like to?

playful_guy: Im just happy talking to you without being left on hold 20 mins or disappearing on me . [winking face emoji]

playful_guy: Are you back home?

UC:         K I can do that [smiley face emoji]

playful_guy: Yay.

playful_guy: I mean if you wanna do more, that's good too. Lol[winking face emoji]

UC:         Hmm mayb

36

playful_guy: [blushing smiley face][wide eyes emoji]

playful_guy: Oh my…

UC:          Lol u r gonna make me feel bad

playful_guy: Am I?   Are you having naughty thoughts[smirking emoji]

playful-guy: ?

UC:          R u

playful_guy: Having naughty thoughts?

playful_guy: Or making you bad?

UC:          Naughty thoughts

playful_guy: When you're talking to me, i always start thinking

playful_guy: i noticed you perked up when i said i was going to show you last night

playful_guy: Which perked me up[smirking emoji]

playful_guy: You've been thinking about it, haven't you?

playful_guy: There?

UC:          Ya I'm here

playful_guy: Did you read?

playful_guy: Being shy?

playful_guy: ?

playful_guy: Thought you were going to talk to me tonight?

37

UC:          I am!

playful_guy: I asked you if you read

playful_guy: ?

UC:          Wait wat

playful_guy: Do i have to type it twice?

playful_guy: i admitted to having naughty thoughts

playful_guy: How were you thinking of being bad tonight? [smirking emoji]

UC:          Um wat do u want to do

playful_guy: What do you mean?

playful_guy: to you?    Or on here?

playful_guy: You answer questions with questions. I want to hear your thoughts too

UC:          Like tonight

playful_guy: Um. Depends on how naughty you want to be? [smirking emoji][wide eye emoji]

playful_guy: And what you're willing to do for me…

playful_guy: Busy?

playful_guy: Baby, you have my attention and you're not answering again

playful_guy: I hope you're just in shower and will be back in few minutes

UC:          Well I do owe u tonight

playful_guy: Uh huh

playful_guy: Oh you're back... what are you thinking?

playful_guy: Baby, don't tease me....

playful_guy: [two heart eye emojis]

playful_guy: I like this side of you...   [two heart eyes emojis] [two blushing

smiley face emojis] [two heart eye emojis]

UC:            Lol y

playful_guy: Are you trying to get up the nerve?

playful_guy: That comment just got me so excited

playful_guy: Thats why

playful_guy: There?

UC:            Ummm wat do u want

playful_guy: Um.. i don't know what you'd be willing to show..

playful_guy: I offered you boxers, would you show me in your panties?

playful_guy: Or is that too much?[wide eyes emoji]

playful_guy: If you think of as bikini bottom, it's no big deal

UC:            Lol I've seen ur boxers like 5 times before soooo

playful_guy: Oh... i have different ones on..

playful_guy: Would you like something else?

playful_guy: I havent seen your panties 5 times... so 1 is only fair..[smirking

face emoji]

playful_guy: You owe me. Remember?

UC:          Hmmmm

playful_guy: Im getting so hard thinking of you

playful_guy: [wide eyes emoji]

playful_guy: Are you thinking?

playful_guy: Anything you show me is just between us..

playful_guy: Anything you want too. Just have to ask

playful_guy: [wide eyes emoji]

UC:          Wat r u gonna send

playful_guy: What would you like?

UC:          Surprise me

playful_guy: I'm at your command here.   As long as you're willing to show me too

playful_guy: Oooo

playful_guy: Are you going to make your pic good too?

playful_guy: You're thinking about it hard under my boxers now

playful_guy: (Sends image of an adult male grasping his penis through his pants)

UC:          Hmmm

playful_guy: You want me to take down my shorts….

playful_guy: Should I drop my boxers for you too?

playful_guy: You owe me at least the front of your panties…

UC:          Is that ur penis

playful_guy: Yes

playful_guy: Do you like?

playful_guy: Want me to drop the shorts for you?

UC:          It looks big [monkey covering eyes emoji]

playful_guy: Its average..

playful_guy: You are only seeing the outline…

playful_guy: What are you wearing now

playful_guy: You didnt answer… want me to drop my shorts for you?

playful_guy: Yes or no?

playful_guy: (Sends image of an adult male wearing underwear and lifting his shirt in a mirror)

playful_guy: Did anyways

playful_guy: Talk to me

playful_guy: [two wide eyes emojis]

playful_guy: Baby?

UC:          Omg we r so gonna get in trouble lol

41

playful_guy: Don't get caught

playful_guy: I want to see you too

playful_guy: Please?

UC:           Like how

playful_guy: I already said.   Id like to see your panties

playful_guy: Like the way I showed you

playful_guy: [Heart eye emoji]

playful_guy: You saw me… I'm standing here hard waiting for you

playful_guy: You said you'd make it up to me.. [smirking emoji]

playful_guy: You want to see more?

UC:           U really wanna see my underwear?

playful_guy: You in the underwear, not on a bed or something. Lol

playful_guy: And yes,   I'd love too

playful_guy: I think I've earned at least that

playful_guy: I am trusting you too

playful_guy: It's the same as a bikini for you

UC:           It's different!

playful_guy: Please hun…

playful_guy: I'm willing to show you more if you want

UC:           Ugghhhh hold on

playful_guy: [blushing smiley face emoji]

UC:          U better be happy

playful_guy: If you're in bed,   on bed is ok too

playful_guy: Happy? Could you see my penis through my boxers?

playful_guy:  That should tell you I'm happy

playful_guy: I want to be able to see your body too though.    Not just a super close up

UC:          Ummm ya u can see ur penis in that pic

UC:          (Sends image of a pair of female underwear)

playful_guy: Hey!

playful_guy: Lol

playful_guy: Not being funny. Lol

playful_guy: Those are cute though…[heart eyes emoji]

playful_guy: Now put them on for me

UC:          No I just took them off!!

playful_guy: Then I guess you have to show me you naked

playful_guy: I said I wanted to see them on you

playful_guy: And see your body, like the pic I took

UC:          I kno I didn't want to take one like that

playful_guy: Baby i want to see you,    that's the point, not just a pair of

panties

playful_guy: And those are super cute,   I'm still hard thinking of you in them

playful_guy: Show me a little something

UC:        Ummm so u don't like that pic?

playful_guy: Its a nice pic of panties

playful_guy: But not of you

playful_guy: What would you be ok showing me of you then

playful_guy: Don't you want to see whats under my boxers?

UC:        Ummm idk

playful_guy: Idk to which?

playful_guy: Show me something sexy of you,   i figured that was the easiest since not naked

playful_guy: Do you want to see whats under my boxers? I know you do

playful_guy: What if I said I'd show you tonight, as long as you promise to show me you in panties or your privates another day

playful_guy: That would be fair... right?

UC:        Like my privates under my underwear

UC:        Like u would wanna see that?

playful_guy: Omg yes

playful_guy: You know I would...

44

UC:        Isnt that kinda weird to show u

playful_guy: Not at all

playful_guy: No more weird than me offering to show you my privates

playful_guy: If you promise another day (not too far away), I'll show you mine now

playful_guy: [two wide eyes emojis]

playful_guy: I'm nervous that I even offered. Do you want to see?

UC:        Another day for wat

playful_guy: Show me another day

playful_guy: Privates

UC:        Like my lady parts?!?!

playful_guy: Lol. Yes

UC:        Y do u wanna see that!

playful_guy: Do you want to see my guy parts?

playful_guy: Cuz you're hot

UC:        That's a turn on for u

playful_guy: God yes

playful_guy: I showed you that im turned on

UC:        That's so weird to me

playful_guy: Why,   its my favorite thing in the world.

playful_guy: My favorite is my face down there giving oral

UC:          Omgggg

playful_guy: Id love to taste you and slide my tongue up and down your slit

UC:          My slit?!?! Wat!

playful_guy: So yes.... id love to see it. And what I want to taste

playful_guy: Your privates hun

playful_guy: Vagina

playful_guy: Are you getting embarrassed?

UC:          Omg like how do u even take a pic of that

playful_guy: In a mirror or selfie cam

playful_guy: (Sends image of a the groin area of an adult male)

playful_guy: Like that

playful_guy: But you naked obviously in bed

playful_guy: I think its only fair if you want to see my penis

playful_guy: Which i said I'd do now for you

playful_guy: Im so hard thinking of you in those panties now

playful_guy: All you have to say is ok.   I promise.   Deal?

UC:          Wait so a pic of my privates up close like that naked would turn
you on

playful_guy: Are you joking?

46

playful_guy: You don't think it would?

UC:          Like isn't that really close

playful_guy: No.

playful_guy: I mean not so close I can't see some of you

UC:          I'm sry I'm just nervous I've never done this!!!!

playful_guy: I like close or from a bit of distance. Like in a mirror

playful_guy: I know baby

playful_guy: Thats why I offered to show you as long as you promise to return and show me later

UC:          Ugghhhh finnneeee

playful_guy: You want to see right?

playful_guy: Is that a yes?   Promise?   Not like ina year from now

UC:          I'm not saying yes or no lol

playful_guy: Say yes if you do and promise

UC:          K if u send it when do I have to do it

playful_guy: Hmmm.   When your comfortable,   but not like forever,   like in a week?

playful_guy: And hey,   i still haven't even seen you tonight. And im offering up this.   I still wanna see something of you tonight

playful_guy: It's only fair

47

UC:           I sent u me w my underwear!

playful_guy: No you didn't… it was just underwear

playful_guy: No word games.   You're cute, but not funny.   Lol

UC:           My hand is in it

playful_guy: [Rolling eyes emoji]

playful_guy: You know I want you

UC:           Lolol [kissing face heart emoji]

playful_guy: What are you wearing now?     Let me see at least that.

playful_guy: And on you,   not off!

playful_guy: Lol

UC:           I thought u would like that pic [sad face emoji]

playful_guy: I do like the panties and imagining you in them

playful_guy: Butvl like my [name of undercover persona] more.

playful_guy: They are super sexy, but sexy is you in them

playful_guy: [three heart eyes emojis]

playful_guy: Please hun. I just wanna see you so bad

playful_guy: And I'm ready to give you my penis too [two wide eyes emojis]

Which is a huge trust.   And i think seeing you is only fair

UC:           Lol give me your penis

UC:           Thats funny sounding

playful_guy: Are you going to let me see you?

playful_guy: I like that you asked

UC:          No I'm saying the way you said it sounded funny lol

playful_guy: I would have said dick.

playful_guy: But you call it penis..

UC:          I'm not calling it your dick!!

playful_guy: Lol

playful_guy: Ok

playful_guy: If i show you,    will it be private between us? Not show anyone EVER

playful_guy: [three wide eyes emojis]

UC:          Omg like who would I even show

playful_guy: Your girlfriends

playful_guy: Or i don't know

playful_guy: So you promise?

UC:          No I would never show them!

playful_guy: Can I see you tonight?   Are you in bed?

playful_guy: Just you bin whatever you're wearing

playful_guy: ?

playful_guy: Im going to show you if you tell me

playful_guy: [two wide eyes emojis]

playful_guy: Well?

playful_guy: [name of undercover persona]?

UC:         Sry

playful_guy: Are you going to let me see you?

playful_guy: I just looked at your panty pic,    is that a koala teddy bear next to them?

playful_guy: You promised to show me something tonight

playful_guy: Fine,    here

playful_guy: [Sends a close up image of a nude adult male penis]

playful_guy: [four wide eyes emojis] omg

playful_guy: Talk to me…

UC:         Omgggg

playful_guy: [three wide eyes emojis]

UC:    [three monkey covering eyes emoji]

playful_guy: Do you like?

UC:    That's ur penis

playful_guy: Uh, yes

playful_guy: [two wide eyes emojis]

playful_guy: What do you think? I told ya its not that big

50

UC:    Ummm no that's big

playful_guy: Can you imagine being naked and sitting on my lap,   pressed against your vagina

playful_guy: Putting it in you

playful_guy: Do you like that I showed you?   Im super embarrassed now

UC:    Idk i wouldn't even know wat to do!

playful_guy: Please just let me see you now.   Whatever you're wearing

UC:    Like wouldn't that hurt

playful_guy: I would help and teach you

playful_guy: It hurts the very first time. But after that it feels great

playful_guy: I think I earned seeing you vat least in pjs pr panties…

playful_guy: You promised earlier

UC:    I sent u ur pic already

playful_guy: Not of you

playful_guy: Oh come on. Please

playful_guy: Your making me beg

UC:    It took a lot for me to do that so just please be happy

playful_guy: Oh ok. Fine. It took a lot for me to show you that too

playful_guy: I'll be fine for now. I just want you baby

playful_guy: So tell me. Are you in bed?

playful_guy: Are you looking at my penis still?

UC:   Ya

playful_guy: Would you tell me if your wet?

playful_guy: I won't ask for anymore pics tonight

playful_guy: But would you reach down inside those sexy white panties and just touch near the top at your clit and tell me how sensitive you are?

UC:   Idk I don't think I should

playful_guy: Why not.     Its normal

playful_guy: It starts to get wet from the bottom first.. have gently part the lips and slide up to spread the wetness up towards the clit

playful_guy: Don't be embarrassed. Would it help if I told you i am touching myself too

playful_guy: I want to be naughty with you now and teach you

UC:   R u really

playful_guy: Yes

playful_guy: My penis is hard thinking of you there and im gently stroking it

UC:   Omg

playful_guy: Do you want me to stop?

playful_guy: Please be honest,   did you reach inside your panties for me?

playful_guy: I want you to be wet,   thinking of me stroking myself

playful_guy: You can look at pic again so you know what im doing

playful_guy: Talk to me

playful_guy: I can't see, so you have to tell me and be honest

playful_guy: It should feel good and give your body chills as you touch

playful_guy: Baby?

UC:   Lol I think we did enough tonight

playful_guy: Oh just tell me that..

playful_guy: I do need to go to bed too.   I work in morning

UC:   K [smiley face emoji]

UC:   K goodnight [kissing face heart emoji]

playful_guy: Did you touch for me?   Are you wet?

playful_guy: Thats all I want to know. Then I'm off to bed

playful_guy: [two kissing face heart emojis]

UC:   [three kissing face heart emojis]

playful_guy: That a yes?

playful_guy: Baby, i gave you my penis. At least tell me that

playful_guy: Ugh.   I'm hoping it's a yes.   If not do it for me when I'm gone to bed. Just do what feels good.

playful_guy: Goodnight, [two kissing face heart emojis]

playful_guy: I'm still stroking if you're wondering

53

playful_guy: [kissing face heart emoji]

25.     On March 12, 2020, at approximately 10:30 AM EST, my conversation with "playful_guy" began when he messaged me through the private message feature of the app. The entire conversation I had with "playful_guy" on March 12, 2020, is as follows:

playful_guy: Morning

playful_guy: I just woke up. Been snoozing alarm for an hour. Lol

UC:          Lol I just woke up

playful_guy: Morning sexy baby!

playful_guy: Wyd?

playful_guy: [Photo]

playful_guy: Driving here

UC:          Oooo that's such a pretty pic lol

playful_guy: I thought you might like

playful_guy: Wyd?

UC:          Getting up [smiley face emoji]

playful_guy: Oooh

playful_guy: Still in pjs?

playful_guy: Don't get up on my account. Lol

UC:          Lol

playful_guy: [blushing smiley face emoji]

playful_guy: How often did you go back and look at my pic? [wide eyed emoji]

UC:            Ummm which one

playful_guy: You know which one... or any?

playful_guy: That was a big deal for me.. [wide eyed emoji]

UC:            Ya I looked at it again [female face palm emoji]

playful_guy: Yeah? I like that

playful_guy: I feel like it wasn't a very good pic for you though

UC:            Wdym

playful_guy: Like it didn't look very good

playful_guy: I could do better. [wide eyed emoji]

playful_guy: Did you like it?

UC:            Lol can u

playful_guy: Can i what?

playful_guy: Take a better pic?

UC:            Lol nothin

playful_guy: Would you want that?

UC:            In person u would get how I said it lol

playful_guy: Like coyly?

playful_guy: It's hard to get voice inflection through text

playful_guy: Lol

UC:          Ya

playful_guy: Would you want that? [wide eyed emoji]

playful_guy: You know i would still love the pic you promised... [smirking emoji]

UC:          Wat pic was that

playful_guy: Privates, or at least you in undies

playful_guy: Not undies on bed. Lol

UC:          Like my privates lol

playful_guy: Well... ya

UC:          [3 monkey covering eyes emojis]

playful_guy: I showed ya mine

playful_guy: And now that we trust each other, I'll show you more if you want

playful_guy: [wide eyed emoji]

playful_guy: Would you show me since I did? Or too shy?

playful_guy: Are you hiding?

UC:          Ya I'm just really scared

playful_guy: Don't hide. Scared? Or just nervous?

playful_guy: You promised. But you don't have too baby

UC:          Do u want it

playful_guy: I do, but if you're too nervous, i understand

playful_guy: Is it easier if I just see in undies?

playful_guy: Those were some sexy panties I saw, just not you in them. Lol

playful_guy: Would you want to see more if I offered?

UC:          See more of u?

playful_guy: Yeah

playful_guy: [wide-eyed emoji]

UC:          K

playful_guy: Oh wait. You want more now?

playful_guy: I still haven't seen you.

playful_guy: [wide-eyed emoji]

UC:          K wat do u want me to send u

playful_guy: What are you willing to send? Privates or you in undies?

playful_guy: What are you wearing now?

UC:          Like u wanna see my privates?

playful_guy: I'd love to if you'd show me

playful_guy: Im getting hard just thinking about it[wide-eyed emoji]

playful_guy: You want to see mine right?

UC:          Idk I guess I'll try

playful_guy: [blushing smiley face emoji]

UC:          How do u want it again

playful_guy: Thank you

playful_guy: Like I showed you my penis?

playful_guy: Are you in bed? Just like that

playful_guy: Or if thats too awkward, can just show in bathroom mirror[wide-eyed emoji]

playful_guy: I'll give you anything you want too of course

UC:          I really don't want my face in it tho

playful_guy: Noooo

playful_guy: Never put face if you're showing other stuff

playful_guy: Thats not safe

playful_guy: I just want to see real you baby

UC:          K

playful_guy: [blushing smiley face emoji]

playful_guy: Are you trying now?

playful_guy: Baby, I'm so hard just thinking about it now

UC:          Ya I'm trying to

playful_guy: Thank you. Didn't worry about perfect pic. Just want to see

UC:          Like ur penis pic?

playful_guy: Yes

UC:          K

playful_guy: Just spread legs and do a selfie pic. Not with face

playful_guy: If your stomach or chest are in thats great too. But just want to see privates

playful_guy: Just click send.

UC:          K I'm tryin rn

playful_guy: Ok hun

playful_guy: Does it help to know you have me hard as hell right now?

playful_guy: Still there?

UC:          Ur gonna hate me

playful_guy: Why? Too scared?

playful_guy: Why?

playful_guy: Just be honest hun

26.    On March 13, 2020, "playful_guy" told the 14-year-old "child" that he got a new cellular phone and would create a new notice on the app for the "child" to respond to in an effort to continue communicating with her.   In the chat session on March 13, 2020, "playful_guy" stated "I'll just create a post that says [abbreviated name of undercover persona]!".   I located the notice posted by "Florida Guy" that

read "[abbreviated name of undercover persona]" and responded to it.   I began

communicating with "Florida Guy" who informed me that he would create an

additional notice using the new cellular phone.   "Florida Guy" stated "Just keep

look8ng for [abbreviated name of undercover persona] 2 in horny people" and "I'll

put a 2 so you know its new".   I located a notice on the app that read "[abbreviated

name of undercover persona]2!!" posted by "Florida Guy" and began

communicating with him.

27.   On March 15, 2020, a portion of the conversation I had with "Florida

Guy" using the private message feature of the app, read as follows:

UC:   Yep no school

Florida Guy: Hi baby

UC:   Wyd

Florida Guy: Moving a bed.   Lol

Florida Guy: How about you?

Florida Guy: Sorry i made you nervous baby

UC:   No I'm ok lol

Florida Guy: I wanted to see you so bad.

Florida Guy: Did you look at pic again?

Florida Guy: ? Don't hide baby

UC:   Ummm the one from last night?

Florida Guy:  Yeah

Florida Guy: [wide-eyed emoji]

UC:          Lol not telling

Florida Guy: Pfft

Florida Guy: So that means yes

Florida Guy: No secrets! Lol

Florida Guy: [blushing smiley face emoji]

UC:          Ya I looked at

Florida Guy: That makes me happy actually

Florida Guy: What were you thinking?

UC:          Ummm idk

Florida Guy: I know you're nervous, but can I see you too?

Florida Guy: If too nervous to show privates, maybe in undies or whatever?

Florida Guy: I just need any of you at this point. Lol

Florida Guy: I miss you

Florida Guy: In room now? Or shower?

Florida Guy: ?

UC:          Ya I'm gonna take my shower and get into bed in a min

Florida Guy: Are we going to chat?

Florida Guy: Any chance you'll let me peek?

UC:          K wat do u wanna see

Florida Guy: You know what, but whateve you're willing to show

Florida Guy: Privates, you in undies, or just you baby

Florida Guy: I just need my [name of undercover persona]!

Florida Guy: [two heart eye emojis] [kiss face emoji]

Florida Guy: Whatever hun. I miss seeing you

UC:          K let me take my shower

Florida Guy: Ok baby, don't forget me and disappear again

Florida Guy: [hand covering mouth emoji]

Florida Guy: I'll be thinking of you in shower..[smirking emoji]

UC:          K

Florida Guy: But the thought of you in those panties too [two drooling emojies] [heart eye emoji]

UC:          K back

Florida Guy: Welcome back

Florida Guy: [heart eye emoji]

Florida Guy: Back in room?

UC:          Ya

Florida Guy: Are you going to let me see?

Florida Guy: Don't get scared and disappear baby

Florida Guy: Just want you

Florida Guy: Or not…

Florida Guy: There?

UC:          Ya I'm here

UC:          Do u really wanna see

Florida Guy: You know i do. I'm practically begging

Florida Guy: I showed you..

Florida Guy: But if you're too nervous, i understand

UC:          I kno I kno!!!

Florida Guy: Ok baby. Just don't disappear. Lol

Florida Guy: Lol

UC:          K I won't

UC:          I'll do the pic

Florida Guy: [three smiley face emojis]

UC:          How do u want me to take it

Florida Guy: Thanks hun

Florida Guy: I want to see all of any of you

Florida Guy: Or

Florida Guy: You know I'd like privates but if you are too scared, in undies is ok too

UC:          Which one do u want

Florida Guy: I want privates but whatever you're willing

Florida Guy: I just want you baby

UC:          . K

Florida Guy: Are you doing now for me?

UC:          K that's really wat u want

Florida Guy: Yes, if you will

UC:          K how

Florida Guy: [smiley emoji]

Florida Guy: However you feel comfortable

Florida Guy: Selfie cam with legs spread? Like i did for you

UC:          I'm not putting my face in the pic

Florida Guy: Of course not

Florida Guy: Just like i didn't

Florida Guy: Does it help to know your making me hard thinking about you?

Florida Guy: You're not going to like any of the pics, just hit send. Lol

UC:          I haven't taken it yet

Florida Guy: I'm here holding my breath weaiting. Lol

Florida Guy: I have to go to bed soon.. but not till i see you baby

Florida Guy: Don't disappear on me

UC:          Isn't this a little weird tho [shrugging girl emoji]

Florida Guy: I don't think so. But i know it's awkward for you.    Its a big trust

Florida Guy: Sounds stupid, but I appreciate that you trust me

Florida Guy: You liked getting to see me right,?

Florida Guy: Is same for me

UC:          K so u want me to spread my legs?

Florida Guy: I would love that

Florida Guy: Are you naked now?

Florida Guy: Let me see baby.

UC:          Ugghhhh

Florida Guy: Just do it for me. Please

Florida Guy: I trusted you

Florida Guy: If you want me to send you anything back, i will

UC:          Ok I'll take one for u

Florida Guy: Thank you hun…

Florida Guy: I'm so hard right now just thinking of you there

Florida Guy: Doing it?

Florida Guy: [Image of clothed adult male grasping penis with two fingers]

Florida Guy: Baby?

Florida Guy: Ugh. Please don't disappear on me

65

UC:          Hold on

Florida Guy: I'm holding.   As you can see. Lol

UC:          [Image of purported 14-year-old female under blanket from knees down with underwear at her ankles.]

Florida Guy: Nice but i can't see your privates

Florida Guy: Tilt the cam down

UC:          Do u like that one

Florida Guy: I do, but wanted to see your pussy baby

Florida Guy: My mind is going crazy thinking what's just out of view

Florida Guy: Are you trying to get up the nerve?

Florida Guy: Baby?

Florida Guy: Don't hide from me

UC:          Ughhhh

Florida Guy: [Image of clothed adult male holding penis with hand]

Florida Guy: Baby, you said you would

Florida Guy: I'm rubbing myself now for you

UC:          I though u would like that one

Florida Guy: Do you like knowing that?

Florida Guy: I do like it, but can't really see you

Florida Guy: Its sexy, but I want to see you

Florida Guy: I don't care if its hair, bald, or shave.. i  just want you hun

Florida Guy: I'll send back too. If you want

Florida Guy: Pleae hun. Show me. Its only fair…

Florida Guy: I want you so bad

UC:          I showed u my pic

Florida Guy: But not so bad if it scares you into hiding from me

Florida Guy: You know what I mean. I want to see your pussy, or at least your pussy in the panties

Florida Guy: Whichever you're willing

Florida Guy: I'm so hard here thinking of you laying in bed

Florida Guy: I mean I love your face too,   but I showed you my penis twice. It's like your privates too

Florida Guy: *I'd like

Florida Guy: I know you're super nervous, just do it for me. Or at least in panties.

Florida Guy: You said you'd show me

Florida Guy: Just don't hide from me. Talk to me

Florida Guy: Even if you're too afraid, please talk to me

UC:          K

Florida Guy: Are you too afraid to show me?

UC:            I'm falling asleep [sleepy face emoji]

Florida Guy: Are your panties still down?

Florida Guy: Don't lie and use sleep as an excuse. Lol

Florida Guy: you're so nervous, I know you're not sleeping yet

Florida Guy: i have to get up at 430

Florida Guy: Ugh, i guess I'll go to bed too. I hope you'll show me in the morning. Sleep well baby [two kissing face emojies]

Florida Guy: Thank you for trusting me with what you did show. [kissing face emoji]

28.    Based upon the foregoing facts, I have probable cause to believe that during the period from on or about February 14, 2020 through on or about March 15, 2020, in the Middle District of Florida, ANDREW CHRISTIAN HAMMOCK, a/k/a "playful_guy," using facilities of interstate commerce, that is, by cellular telephone and computer via the internet, did knowingly make, print, and publish, and cause to be made, printed, and published, notices seeking and offering to receive visual depictions, the production of which visual dipictions involved the use of a person who the defendant believed to be a minor engaging in sexually explicit conduct and which depictions would be of such conduct, and such notices were transported using a means and facility of interstate commerce, that is, by cellular telephone and computer via the internet, in violation of Title 18, United States Code,

Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

DANIEL R. MOXLEY
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this _16_th day of March, 2020, at Jacksonville, Florida.

MONTE C. RICHARDSON
United States Magistrate Judge

69